**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Shane FELLS, a/k/a Quasim Yusef Johnson, a/k/a Q, Defendant–Appellant.**

**No. 01–7751.**

United States Court of Appeals, Fourth Circuit.

Submitted March 4, 2002.

Decided April 12, 2002.

Shane Fells, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before MICHAEL, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Shane Fells seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Fells*, Nos. CR–94–46; CA–00–795–5–H (E.D.N.C. filed July 18, 2001; entered July 24, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*